IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER KINNEY, individually and on
behalf of all others similarly situated                                                                    PLAINTIFF

v.                                                CASE NO. 5:14-cv-05182-TLB

DOLE PACKAGED FOODS, LLC                                                                             DEFENDANT

**DEFENDANT DOLE PACKAGED FOODS, LLC'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Dole Packaged Foods, LLC ("Dole"), respectfully moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). In further support of this motion, Dole provides the accompanying memorandum of law and further states as follows:

1. This is a "no-injury" lawsuit, one of six prosecuted by class counsel in this district and a copycat of 48 identical food "misbranding" actions filed in the Northern District of California. In fact, Mr. Kinney's claims are an exact replica of regulatory infractions charged in one of those cases—*Brazil v. Dole Packaged Foods, LLC*, 2014 WL 6901867 (N.D. Cal. Dec. 8, 2014). The plaintiff in that case pursued the identical theories to the merits and lost. The court found that there was simply no evidence of deception or "misbranding."

2. Plaintiff pleads the exact same allegations that ultimately proved insufficient in *Brazil*. This Court need not wait to reject this theory. It should dismiss Plaintiff's claims as a matter of law for three reasons.

3. First, Plaintiff has not pled plausible claims for relief. Mr. Kinney offers no objective definition of the term "natural," fails to explain why the ingredients he challenges are "unnatural," fails to suggest his subjective interpretation would be shared by reasonable consumers, and fails to clarify how reasonable consumers relied on—or were deceived by—this

statement. Nor has he pled his fraud-based claims with the level of particularity that Rule 9(b) requires.

4. <u>Second</u>, none of Plaintiff's causes of action states a viable claim. In particular, this Court recently dismissed the Arkansas Deceptive Trade Practices Act (ADPTA) claims in one of the other food misbranding cases pending in this district for failure to allege legally cognizable injury. *Craig v. Twinings N. Am., Inc.*, No. 5:14-CV-05214, 2015 WL 505867 (W.D. Ark. Feb. 5, 2015). This case suffers from the same defect, and more.

5. <u>Third</u>, Plaintiff lacks Article III standing to pursue claims related to products he did not purchase. You can't be injured by what you didn't see.

WHEREFORE, for the foregoing reasons, Dole respectfully requests that the Court grant its Motion for Judgment on the Pleadings and enter judgment in its favor.

    QUATTLEBAUM, GROOMS & TULL PLLC
    111 Center Street, Suite 1900
    Little Rock, Arkansas  72201
    Telephone 501-379-1700
    Facsimile 501-379-1701
    quattlebaum@qgtlaw.com
    cpekron@qgtlaw.com
    ryounger@qgtlaw.com

    By: /s/ Chad W. Pekron
       Steven W. Quattlebaum, Ark. Bar No. 84127
       Chad W. Pekron, Ark. Bar No. 2008144
       R. Ryan Younger, Ark. Bar No. 2008209

    *Attorneys for Dole Packaged Foods, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of May, 2015, I filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                        /s/ Chad W. Pekron
                                        Chad W. Pekron